1  Patrick D. Robbins (State Bar No. 152288)
   Mikael A. Abye (State Bar No. 233458)
2  Lisa M. Hathaway (State Bar No. 273050)
   SHEARMAN & STERLING LLP
3  4 Embarcadero, Suite 3800
   San Francisco, CA 94105-2723
4  Telephone: (415) 616-1100
   Facsimile: (415) 616-1199
5  Email:    probbins@shearman.com
              mabye@shearman.com
6              lisa.hathaway@shearman.com

7  Attorneys for Defendant Greg A. Cortez.

**FILED**

**JUL 1 5 2011**

RICHARD W. WILKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,              Case No.: CR 3-11-70346 JL

12                       Plaintiff,        STIPULATION RE ALLOWING
                                           DEFENDANT ACCESS TO AUDIO
13          v.                             DISCOVERY AND [~~PROPOSED~~]
                                           ORDER
14  GREG ANTHONY CORTEZ,

15                       Defendant.

16

17          Defendant Greg A. Cortez, by and through his counsel, Patrick D. Robbins; and the

18  United States, by and through its attorney, Derek Owens, Assistant United States Attorney, hereby

19  stipulate and agree as follows:

20          1.      The defendant in the above mentioned case is currently being detained at the

21  Glenn E. Dyer Detention Facility (also known as the North Country Jail).  The defendant may be

22  transferred to the custody of other correctional institutions during the pendency of this case.

23

24          2.      Counsel representing Mr. Cortez has received a series of 12 audio CDs

25  containing MP3 audio files (the "MP3 Files") from the government as part of the discovery in this

26  matter.

27

28

1        3.     In order to assist his counsel with the preparation of his defense, Mr. Cortez

2  wishes to listen to and study the MP3 Files.

3

4        4.     Accordingly, the parties stipulate and respectfully request that the Court order

5  that the Glenn E. Dyer Detention Facility and any other correctional institution that may now or in

6  the future have custody over Mr. Cortez during the pendency of this case shall accept an MP3 player

7  containing the MP3 Files, within the security regulation set by the facility for the MP3 players.

8

9        5.     It is further stipulated that Glenn E. Dyer Detention Facility and any other

10  correctional institution that may now or in the future have custody over Mr. Cortez during the

11  pendency of this case shall make the MP3 player available to the defendant at a reasonable time and

12  in a reasonable manner, so that the defendant may listen to the MP3 Files, *subject to the*

13  *facilities rules & regulations*

14  IT IS SO STIPULATED.

15  Dated: July 13, 2011                 Respectfully submitted,

16

17                               SHEARMAN & STERLING LLP
                                Patrick D. Robbins

18                               Mikael A. Abye
                                Lisa M. Hathaway

19

20

21                               By:             /s/
                                  Mikael A. Abye

22                                 Attorney for Defendant Greg A. Cortez

23  Dated: July 13, 2011                 Respectfully submitted,

24

25                               By:             /s/

26                                 Derek Owens
                                Assistant United States Attorney

27

28

STIP AND [PROPOSED] ORDER RE.          2          Case No. CR 3-11-70346 JL
PERMITTING ACCESS TO AUDIO DISCOVERY

1

ORDER

2

PURSUANT TO STIPULATION, IT IS SO ORDERED, as amended

3

4

Dated: July 15 2011

United States Magistrate Judge
Timothy J Bommer

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER RE.                    3                    Case No. CR 3-11-70346 JL
PERMITTING ACCESS TO AUDIO DISCOVERY

1  ATTESTATION: Pursuant to General Order 45, Section X.B, I hereby attest that I have obtained
2  written concurrence from Mr. Owens with regard to the filing of this document.

3
    Dated: July 13, 2011                                By: _____/s/_____
4                                                                    Mikael A. Abye

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28